Dismissed and Memorandum Opinion filed May 7, 2009








Dismissed
and Memorandum Opinion filed May 7, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00243-CV

____________

 

SAN JACINTO METHODIST HOSPITAL, Appellant

 

V.

 

JAMES E. CARLTON, INDIVIDUALLY AND AS NEXT FRIEND OF
ROBERT LEE CARLTON, JR., A MINOR, Appellee

 



 

On Appeal from the
270th District Court

Harris County,
Texas

Trial Court Cause
No. 2008-56529

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from an order signed February 20, 2009.  On April 29, 2009, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices
Seymore, Brown, and Sullivan.